CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

JUL 17 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONELL J. BLOUNT, SR., | )<br>) |
| Plaintiff, | ) Case No. 7:08CV00504 |
| v. | )<br>) **FINAL ORDER** |
| TRACY RAY, ET AL., | ) By: Hon. James C. Turk<br>) Senior United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

as follows:

1. Plaintiff's motion to amend (Dkt. No. 21) is **GRANTED**, and defendants Deborah McKnight, Carol Salyer, and Mr. Osborne are added as defendants; however, all claims against these defendants are **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim;

2. Plaintiff's motion for voluntary dismissal of all claims against Defendant Stallard (Dkt. No. 22) is **DENIED**;

2. Plaintiff's motion to amend his response to defendants' motion for summary judgment (Dkt. No. 25) is **GRANTED**; and

3. Defendants' motion for summary judgment (Dkt. No. 18) is **GRANTED**, and this civil action is stricken from the active docket of the court.

ENTER: This 17th day of July, 2009.

/s/ James C. Turk
Senior United States District Judge